UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-14022-BKC-LMI
CHAPTER 7

IN RE:
WALDO B. RODRIGUEZ
    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

MICHAEL A. FRANK, as counsel for the Debtor, WALDO B. RODRIGUEZ, moves this Honorable Court for an Order granting his Motion to Withdraw as Counsel for the Debtor, and states:

1. Irreconcilable differences have arisen between the undersigned and the Debtor, WALDO B. RODRIGUEZ.

WHEREFORE, undersigned requests this Honorable Court to enter an Order Withdrawing as Counsel for the Debtor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nicole Grimal, counsel for Trustee Maria Yip at ng@ecclegal.com all others set forth in the NEF, this 17th day of October 2014 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Waldo Rodriguez, Debtor, 8401 Southwest 66th Street, Miami, FL 33143 and to all creditors.

        LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
        & RODOLFO H. DE LA GUARDIA, JR.
        Attorneys for the Debtor
        Suite 620 • Union Planters Bank Building
        10 Northwest LeJeune Road
        Miami, FL 33126-5431
        Telephone   (305) 443-4217
        Facsimile    (305) 443-3219
        Email- Pleadings@bkclawmimai.com

        By  /s/ Michael A. Frank
           Michael A. Frank
           Florida Bar No. 339075